Case 3:23-cv-00169   Document 37   Filed on 09/17/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KRIS TRACY, | § | |
| Plaintiff, | § § § | |
| VS. | § § | 3:23-CV-169 |
| WAL-MART STORES TEXAS, LLC, | § § § | |
| Defendant. | § § § | |

### STIPULATED DISMISSAL

On September 16, 2024, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Dkt. 36.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 17th day of September, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE